UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEINSON ROJAS RESTREPO,           *
                                  *
        Petitioner,               *
                                  *
        v.                        *
                                  *    Civil Action No. 1:26-cv-11868-IT
ANTONE MONIZ, Superintendent, Plymouth  *
County Correctional Facility, et al.,   *
                                  *
        Respondents.              *
                                  *

ORDER CLOSING CASE

TALWANI, D.J.

In light of the court's Memorandum & Order [Doc. No. 9] granting Petitioner's Petition

for Writ of Habeas Corpus [Doc. No. 1] and ordering Petitioner be provided a bond hearing, the

court's subsequent Order [Doc. No. 13] finding his May 18, 2026 bond hearing constitutionally

inadequate and ordering his release, and Respondents' Status Report [Doc. No. 16] indicating

Petitioner was released on May 22, 2026, this action is CLOSED.


        IT IS SO ORDERED.

        August 10, 2026                          /s/ Indira Talwani
                                                 United States District Judge